IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY A/S/O PAUL TERRY TRUCKING COMPANY, INC.; PAUL TERRY TRUCKING COMPANY, INC., a Utah corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN KUHNI SONS, INC., a Utah corporation; DOES 1 THROUGH X, INCLUSIVE; and ROE CORPORATIONS I THROUGH XX, INCLUSIVE,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE OF ACTION**<br><br>Case No. 4:20-cv-00089-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Based on the parties' Stipulation and Order of Dismissal with Prejudice ("Stipulation"),[1] and good cause appearing,

IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED. Plaintiffs' action against Defendants is DISMISSED with prejudice. The parties shall bear their own costs and fees.

The Clerk is directed to close the case.

Signed February 22, 2021.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 19, filed Feb. 19, 2021.